AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Terrance Godley | ) | Case No:  4:98-CR-00140-01 GTE |
| | ) | USM No:  #21583-009 |
| Date of Previous Judgment:  05/28/1999 | ) | Jenniffer Horan |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  May 28, 1999  months **is reduced to**  "TIME SERVED"  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 | |
| Criminal History Category: | III | Criminal History Category: | III | |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 120 to 135 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  05/28/1999  shall remain in effect.
**IT IS SO ORDERED**.

| Order Date: | 03/13/2008 | /s/ Garnett Thomas Eisele |
|---|---|---|
| | | Judge's signature |
| Effective Date: | ASAP, but not later than 3-26-08 | G. Thomas Eisele, Sr.  District Judge |
| | (if different from order date) | Printed name and title |