AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Terrance Godley | ) Case No: 4:98-CR-00140-01 GTE |
| | ) USM No: 14144-112 |
| Date of Previous Judgment: 05/28/1999 | ) Jenniffer Horan |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**AMENDED Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   May 28, 1999   months **is reduced to**   "TIME SERVED"   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 120 to 135 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS : AMENDED TO CORRECT USM NUMBER ONLY.**

Except as provided above, all provisions of the judgment dated   05/28/1999   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   03/13/2008                                /s/ Garnett Thomas Eisele
                                                                              Judge's signature

Effective Date:   ASAP, but not later than 3-26-08        G. Thomas Eisele, Sr.  District Judge
         (if different from order date)                              Printed name and title